UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
     §
JOSE RAICES § Case No. 15-34784
ANA RAICES §
     §
     §
     Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         219 S. Dearborn Street
         Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on August 12, 2016 in
         Joliet City Hall
         150 West Jefferson, 2nd Floor
         Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/14/2016          By: /s/ Peter N. Metrou
                                       Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JOSE RAICES § Case No. 15-34784
ANA RAICES §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 12.76 |
| leaving a balance on hand of[1] | $ | 4,987.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 39.39 | $ 0.00 | $ 39.39 |
| Other: ARTHUR B. LEVINE COMPANY | $ 2.76 | $ 2.76 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     1,289.39
Remaining Balance     $     3,697.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,636.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF REVENUE | $ 1,636.57 | $ 0.00 | $ 1,636.57 |
| | Total to be paid to priority creditors | | | $ 1,636.57 |
| | Remaining Balance | | | $ 2,061.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,393.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | ILLINOIS DEPARTMENT OF REVENUE | $ 455.60 | $ 0.00 | $ 90.36 |
| 2 | DISCOVER BANK | $ 7,226.79 | $ 0.00 | $ 1,433.22 |
| 3 | AMERICAN EXPRESS BANK, FSB | $ 1,805.19 | $ 0.00 | $ 358.01 |
| 4 | CAPITAL ONE, N.A. | $ 302.88 | $ 0.00 | $ 60.07 |
| 5 | CAPITAL ONE, N.A. | $ 139.85 | $ 0.00 | $ 27.74 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 463.35 | $ 0.00 | $ 91.88 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,061.28 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-34784-BWB
Jose Raices                                                             Chapter 7
Ana Raices
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez             Page 1 of 1            Date Rcvd: Jul 15, 2016
                              Form ID: pdf006           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.
db/jdb          +Jose Raices,   Ana Raices,   438 Valentine Way,   Oswego, IL 60543-4054
24142099         American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
24169981         Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24021771         E-mail/Text: mrdiscen@discover.com Jul 16 2016 00:49:32     Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
24021075         E-mail/Text: rev.bankruptcy@illinois.gov Jul 16 2016 00:50:37
                  Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago IL 60664-0338
24194753        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2016 00:46:38
                  PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                  Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24169982*         Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
          C David Ward    on behalf of Debtor 2 Ana   Raices cdward1945@yahoo.com,   ladylaw1031@msn.com
          C David Ward    on behalf of Debtor 1 Jose   Raices cdward1945@yahoo.com,   ladylaw1031@msn.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4