UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOSE RAICES | § | Case No. 15-34784 |
| ANA RAICES | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,775.00                    Assets Exempt: 23,320.01
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,697.85    Claims Discharged
                                              Without Payment: 99,054.01

Total Expenses of Administration: 1,302.15

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,350.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,302.15 | 1,302.15 | 1,302.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,000.00 | 1,636.57 | 1,636.57 | 1,636.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 83,371.63 | 10,393.66 | 10,393.66 | 2,061.28 |
| **TOTAL DISBURSEMENTS** | $ 90,721.63 | $ 13,332.38 | $ 13,332.38 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 10/13/2015 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/12/2016          By:/s/Peter N. Metrou, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amr Eagle Bk 556 Randall Road South Elgin, IL 60177 | | 4,350.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 4,350.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Peter N. Metrou | 2200-000 | NA | 39.39 | 39.39 | 39.39 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 2.76 | 2.76 | 2.76 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,302.15 | $ 1,302.15 | $ 1,302.15 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue Po Box 64338 Chicago, IL  60664-0338 | | 3,000.00 | NA | NA | 0.00 |
| 1 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 1,636.57 | 1,636.57 | 1,636.57 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 3,000.00 | $ 1,636.57 | $ 1,636.57 | $ 1,636.57 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 1,031.50 | NA | NA | 0.00 |
| | Carrington Mortgage Se 1600 S Douglass Rd Ste 2 Anaheim, CA 92806 | | 46,697.00 | NA | NA | 0.00 |
| | Chase Bank 800 Brooksedge Blvd. Westerville, OH 43081 | | 12,229.00 | NA | NA | 0.00 |
| | Chase Bank 800 Brooksedge Blvd. Westerville, OH 43081 | | 3,474.13 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 429.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc 2500 Lake Cook Rd. Riverwoods, IL 60015 | | 7,098.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 2.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | 139.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | 296.00 | NA | NA | 0.00 |
| | RPM 20816 44th Ave. W Lynnwood, WA  98036 | | 848.00 | NA | NA | 0.00 |
| | Sunrise Credit Services PO Box 9100 Farmingdale, NY 11735-9100 | | 0.00 | NA | NA | 0.00 |
| | Syncb/jcp Po Box 965007 Orlando, FL  32896 | | 186.00 | NA | NA | 0.00 |
| | Syncb/jcp Po Box 965007 Orlando, FL  32896 | | 317.00 | NA | NA | 0.00 |
| | Syncb/walmart Dc Po Box 965024 Orlando, FL  32896 | | 5,308.00 | NA | NA | 0.00 |
| | Syncb/walmart Po Box 965024 Orlando, FL  32896 | | 317.00 | NA | NA | 0.00 |
| | Tony Ramos 1862 Plain Avenue Aurora, IL  60502 | | 5,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Insurance Company 9954 Mayland Dr. Richmond, VA  23233 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 1,805.19 | 1,805.19 | 358.01 |
| 4 | CAPITAL ONE, N.A. | 7100-000 | NA | 302.88 | 302.88 | 60.07 |
| 5 | CAPITAL ONE, N.A. | 7100-000 | NA | 139.85 | 139.85 | 27.74 |
| 2 | DISCOVER BANK | 7100-000 | NA | 7,226.79 | 7,226.79 | 1,433.22 |
| 1A | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 455.60 | 455.60 | 90.36 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 463.35 | 463.35 | 91.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 83,371.63 | $ 10,393.66 | $ 10,393.66 | $ 2,061.28 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-34784 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | JOSE RAICES | | | Date Filed (f) or Converted (c): | 10/13/2015 (f) |
| | ANA RAICES | | | 341(a) Meeting Date: | 11/09/2015 |
| For Period Ending: | 09/12/2016 | | | Claims Bar Date: | 03/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand. | 20.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank business checking account -2421 | 1,069.21 | 0.00 | | 0.00 | FA |
| 3. Chase Bank joint checking account -8302 | 2,068.36 | 0.00 | | 0.00 | FA |
| 4. Chase Bank joint savings account -8427 | 637.44 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings. | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 7. Shelter Life Insurance Company term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. Wells Fargo roll-over IRA | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. 100 % ownership of J & A, Inc.  50% to Jose Raices | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Dodge Dakota | 3,775.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Dodge Durango | 3,525.00 | 0.00 | | 0.00 | FA |
| 12. Preferential Transfer                (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $27,095.01    $5,000.00        $5,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Recovered pref transfer; claims review after bar date 3/16.

RE PROP #        12   --   Collection of preferential transfer to Tony Ramos discovered at 341 hearing.

Initial Projected Date of Final Report (TFR): 12/01/2016        Current Projected Date of Final Report (TFR): 12/01/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-34784 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | JOSE RAICES | Bank Name: | Associated Bank | |
| | ANA RAICES | Account Number/CD#: | XXXXXX5520 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX3281 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 09/12/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/15 | 12 | RAICES, ANA M.<br>Debtor | Preferential transfer collection | 1241-000 | $5,000.00 | | $5,000.00 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,990.00 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $2.76 | $4,987.24 |
| 08/16/16 | 5002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $1,289.39 | $3,697.85 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($1,250.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($39.39) | 2200-000 | | | |
| 08/16/16 | 5003 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $1,636.57 | $2,061.28 |
| 08/16/16 | 5004 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final distribution to claim 1 representing a payment of 19.83 % per court order. | 7100-000 | | $90.36 | $1,970.92 |
| 08/16/16 | 5005 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 2 representing a payment of 19.83 % per court order. | 7100-000 | | $1,433.22 | $537.70 |
| 08/16/16 | 5006 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 3 representing a payment of 19.83 % per court order. | 7100-000 | | $358.01 | $179.69 |
| 08/16/16 | 5007 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 4 representing a payment of 19.83 % per court order. | 7100-000 | | $60.07 | $119.62 |

Page Subtotals: $5,000.00 $4,880.38

Case 15-34784    Doc 31    Filed 09/16/16    Entered 09/16/16 15:08:38    Desc Main
Document    Page 10 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-34784 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JOSE RAICES | Bank Name: | Associated Bank |
| | ANA RAICES | Account Number/CD#: | XXXXXX5520 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX3281 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/16 | 5008 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 5 representing a payment of 19.83 % per court order. | 7100-000 | | $27.74 | $91.88 |
| 08/16/16 | 5009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 6 representing a payment of 19.83 % per court order. | 7100-000 | | $91.88 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*       Page Subtotals:       $0.00       $119.62

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5520 - Checking Account | $5,000.00 | $5,000.00 | $0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:    $0.00    $0.00